WWR#06601065

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY AT COVINGTON

| | |
|---|---|
| IN RE: | CASE NO. 07-21950 |
| JENNIFER CARRIE DOW | CHAPTER 7 |
| SHAWN MICHAEL DOW | JUDGE HOWARD |
| DEBTORS | |

ENTRY SUSTAINING
HONDA FINANCIAL SERVICES'
MOTION FOR RELIEF FROM STAY
AND ABANDONMENT AS TO
2006 HONDA CIVIC

For good cause shown, HONDA FINANCIAL SERVICES' Motion for Relief from Stay herein is granted. The Court finds that HONDA FINANCIAL SERVICES filed a motion herein in which it requested relief pursuant to 11 U.S.C. § 362 so that the Creditor may accelerate its debt, repossess its collateral, and otherwise pursue its contractual and state law remedies.

Therefore, pursuant to 11 U.S.C. § 362, it is ORDERED that the stay which issued herein be and is terminated with respect to HONDA FINANCIAL SERVICES, its successors and assigns, and with respect to 2006 HONDA CIVIC It is further ordered that the Trustee's interest in the collateral is abandoned. The stay shall remain terminated in the event the debtor converts to a different chapter under the Bankruptcy Code.

_____
John L. Day, Jr., (KY-17328) (OH-0003734)
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Creditor
525 Vine Street, Suite 800
Cincinnati, Ohio 45202
513-723-2206
jday@weltman.com

Account No. 3820

**Pursuant to Local Rule 9022-1c), John L. Day, Jr. shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within ten (10) days hereof.**

### Distribution List:

John L. Day, Jr.
Weltman, Weinberg & Reis Co., L.P.A.
525 Vine Street, Suite 800
Cincinnati, OH 45202

Alexander F. Edmondson
28 W. 5th St.
Covington, KY 41011-1453

SHAWN MICHAEL DOW
JENNIFER CARRIE DOW
3912 Trappers Ct.
Florence, KY 41042

Lori A. Schlarman, Trustee
P.O. Box 387
Hebron, KY 41048

U. S. Trustee
100 East Vine Street, Suite 803
Lexington, KY 40507