# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
### Covington Division

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

| | |
|---|---|
| In Re: Jennifer Carrie Dow<br>Shawn Michael Dow<br>3912 Trappers Ct.<br>Florence, KY 41042<br>3912 Trappers Ct.<br>Florence, KY 41042<br><br>aka/dba:<br><br>SSN/TID: xxx–xx–6883<br>xxx–xx–2874<br><br>Debtor(s) | Case Number: 07–21950–wsh<br><br>Chapter: 7 |

## DISCHARGE OF DEBTOR IN A CHAPTER 7 CASE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED** the debtor is granted a discharge under section 727 of title 11, United States Code, (The Bankruptcy Code).

Dated: 4/14/08

By The Court

*/s/ W<sup>m</sup> S. Howard*

William S. Howard
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) continued

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0643-2           User: cathyc              Page 1 of 1              Date Rcvd: Apr 14, 2008
Case: 07-21950                 Form ID: B18              Total Served: 22

The following entities were served by first class mail on Apr 16, 2008.
 db            +Jennifer Carrie Dow,    3912 Trappers Ct.,    Florence, KY 41042-3032
 jdb           +Shawn Michael Dow,    3912 Trappers Ct.,    Florence, KY 41042-3032
 3445511        5/3 BANK,    P.O. BOX 740789,    CINCINNATI OH 45274-0789
 3445512        BROWN MACKIE COLLEGE,    309 BUTTERMILK PK,    FT MITCHELL KY 41017-2138
 3445514        CIRCUIT CITY,    P.O. BOX 100042,    KENNESAW GA 30156-9242
 3472815       +FIFTH THIRD BANK,    1850 EAST PARIS S.E.,    GRAND RAPIDS MI 49546-6210
 3445510      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court:  5/3 BANK,    38 FOUNTAIN SQUARE PLAZA,    CINCINNATI OH 45202)
 3445515       +FIRST INTERNET BANK,    7820 INNOVATIONS BLVD,    INDIANAPOLIS IN 46278-2728
 3454203       +FIRST INTERNET BANK OF INDIANA,    7820 INNOVATION BLVD STE 210,    INDIANAPOLIS IN 46278-2733
 3445516       +HOMECOMING FINANCIAL,    P.O. BOX 890036,    DALLAS TX 75389-0036
 3456420        HSBC MORTGAGE SVCS,    PO BOX 2118,    EAGAN MN 55121-4201
 3445519        JC PENNY,    P.O. BOX 960090,    ORLANDO FL 32896-0090
 3445522        SEARS CREDIT,    P.O. BOX 183082,    COLUMBUS OH 43218-3082
 3445523       +WELLS FARGO FINANCIAL,    765F EASTGATE SOUTH DR.,    CINCINNATI OH 45245-1544

The following entities were served by electronic transmission on Apr 15, 2008.
 3493303        EDI: HNDA.COM Apr 14 2008 23:18:00      HONDA FINANCIAL SERVICES,    3625 WEST ROYAL LANE #200,
                 IRVING, TX 75063
 3445513        EDI: CHASE.COM Apr 14 2008 23:18:00      CHASE,    P.O. BOX 15291,    WILMINGTON DE 19886-5291
 3445517        EDI: HNDA.COM Apr 14 2008 23:18:00      HONDA FINANCIAL,    P.O. BOX 60001,
                 CITY OF INDUSTRY CA 91716-0001
 3445518        EDI: HFC.COM Apr 14 2008 23:18:00      HSBC,    P.O. Box 5249,    Carol Stream IL 60197-5249
 3455694       +EDI: HFC.COM Apr 14 2008 23:18:00      HSBC MORTGAGE SERVICES,    636 GRAND REGENCY BOULEVARD,
                 BRANDON, FL 33510-3942
 3456488       +EDI: HFC.COM Apr 14 2008 23:18:00      HSBC MORTGAGE SVCS,    PO BOX 21188,    EAGAN MN 55121-0188
 3445520        EDI: CBSKOHLS.COM Apr 14 2008 23:18:00      KOHLS,    P.O. BOX 2983,    MILWAUKEE WI 53201-2983
 3445521        EDI: RMSC.COM Apr 14 2008 23:18:00      SAM'S CLUB,    P.O. BOX 960013,    ORLANDO FL 32896-0013
 3445522        EDI: SEARS.COM Apr 14 2008 23:18:00      SEARS CREDIT,    P.O. BOX 183082,    COLUMBUS OH 43218-3082
 3445523       +EDI: WFFC.COM Apr 14 2008 23:18:00      WELLS FARGO FINANCIAL,    765F EASTGATE SOUTH DR.,
                 CINCINNATI OH 45245-1544
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr             HSBC Mortgage Services, Inc.
 cr             Honda Financial Services
                                                                                              TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 16, 2008**                Signature:   *Joseph Speetjens*